OPINION — AG — A STATUTE PROHIBITING BAIL TO PERSONS ACCUSED OF NON CAPITAL CRIMES WOULD CONTRAVENE ARTICLE II, SECTION 8 OF THE OKLAHOMA CONSTITUTION, AND THAT A STATUTE DENYING BAIL TO PERSONS CHARGED WITH CAPITAL CRIMES WITHOUT REGARD TO EVIDENCE OF GUILT WOULD ALSO CONTRAVENE SAID CONSTITUTIONAL GUARANTEE; AND THAT SAID PROPOSED BILL, IF ENACTED WOULD BE CONSTITUTIONAL. CITE: 63 O.S. 1961 420 [63-420], 63 O.S. 1961, 401-424 [63-401] — [63-424] (HARVEY CODY)